**Sommouth CHANTHABOULY, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

**No. 02–71548, A70–547–961.**

United States Court of Appeals, Ninth Circuit.

Submitted June 14, 2004.*

Decided June 18, 2004.

Frederick P.S. Whang, Seattle, WA, for Petitioner.

Regional Counsel, Western Region, Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, San Francisco, CA, WWS–District Counsel, Immigration and Naturalization Service, Office of the District Counsel, Seattle, WA, OIL, Alison R. Drucker, Esq., Anh–Thu P. Mai, DOJ–U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before HALL, LEAVY, and FISHER, Circuit Judges.

MEMORANDUM**

Sommouth Chanthabouly, a native and citizen of Laos, petitions for review of the Board of Immigration Appeals' ("BIA") summary affirmance of an immigration judge's denial of his application for asylum and withholding of deportation. Because the transitional rules apply, *Kalaw v. INS*, 133 F.3d 1147, 1150 (9th Cir.1997), we have jurisdiction under 8 U.S.C. § 1105a(a). We deny the petition for review.

Chanthabouly's sole contention, that the BIA's summary affirmance without opinion violates his constitutional rights, is foreclosed by *Falcon Carriche v. Ashcroft*, 350 F.3d 845, 848–49 (9th Cir.2003).

Respondent's motion to expedite is denied as moot.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.